UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Andrelia T. Pope | : | Case No.: 20-14461-elf |
| Debtor | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on April 26, 2021 a true and correct copy of the Amended Plan was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service. Additional creditors served with Amended Plan:

**U.S. Department of Education c/o Nelnet**
121 South 13th Street, Suite 201
Lincoln, NE 68508

Very Truly Yours,

March 24, 2021

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire