IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Andrelia T. Pope | : | Chapter 13 |
| | : | Case No.: 20-14461-ELF |
|     Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: August 19, 2021                                     /s/ Brad J. Sadek, Esquire
                                                                                     Brad J. Sadek, Esquire
                                                                                      Sadek and Cooper Law Offices, LLC
                                                                                      1315 Walnut Street, Suite 502
                                                                                      Philadelphia, Pa 19107
                                                                                      215-545-0008